**3G MERMET FABRIC CORP., Plaintiff,**

v.

**UNITED STATES, Defendant.**

**Slip Op. 01–78.**
**Court No. 98–04–00669.**

United States Court of International Trade.

June 25, 2001.

POGUE, District Judge.

### *Judgment*

This Court having received and reviewed the United States Customs Service results from the parties' voluntary remand of Flockè 11202 fabric, and Customs having complied with this Court's decision in *3G Mermet Fabric Corp. v. United States,* 24 CIT ——, Slip Op. 01–28, 135 F.Supp.2d 151 (CIT 2001), in the absence of any argument in opposition thereto, it is hereby

---

ORDERED that the Remand Results filed by Customs are affirmed in their entirety.